IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT T. CHAPMAN, )
        Plaintiff )
        v. ) No. 3:05-cv-487
J. LEWIS KINNARD, )
        Defendant )

## ORDER OF DISMISSAL

This matter is presently before the court on the Report and Recommendation (R&R) [Doc. 4] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on October 17, 2005, in which he recommended that the complaint be dismissed under 28 U.S.C. § 1915(e) as frivolous and for plaintiff's failure to state a federal claim upon which relief can be granted. The record reflects that the plaintiff has failed to file any timely objections to the R&R. *See* Fed.R.Civ.P. 72(b); *see also* 28 U.S.C. § 636(b)(1).

After a careful review of this matter, the court finds itself in total agreement with Judge Guyton's recommendation. Accordingly, the R&R is hereby ACCEPTED IN WHOLE whereby this case is DISMISSED WITHOUT PREJUDICE

as frivolous and for failure to state a federal claim upon which relief can be granted. *See* 28 U.S.C. § 1915(e).

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE